[Nos. 16547–0–I; 16684–1–I.   Division One.   October 2, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN M. ADAMS, ET AL, *Appellants*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 84–1–00521–6, John E. Rutter, Jr., J., entered May 24, 1985. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Pekelis and Winsor, JJ.

[No. 22227–9–I.   Division One.   October 2, 1989.]

ROBERT T. LOSH, ET AL, *Respondents*, v. REZA JABERI, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 85–2–10408–1, Robert E. Dixon, J., entered April 15, 1988. *Affirmed* by unpublished opinion per Deierlein, J. Pro Tem., concurred in by Pekelis and Winsor, JJ.

[No. 12241–3–II.   Division Two.   October 3, 1989.]

DAVID SUTTON, ET AL, *Appellants*, v. OLYMPIA FOREST PRODUCTS CO., INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 86–2–01582–2, Robert J. Doran, J., entered November 20, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.